IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RUBEN ULLOA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-02038-DAE |
| | § | |
| WARDEN, T. DON HUTTO | § | |
| DETENTION CENTER, *et al*., | § | |
| | § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING FROM PETITIONER

Before the Court is Ruben Ulloa's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 4). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on September 2, 2026**, Petitioner shall file supplemental briefing with answers to the following questions:

1. The Petition alleges that Petitioner was apprehended by immigration authorities after a car accident. (Dkt. # 1 at 6.) However, Federal Respondents allege that Petitioner was apprehended by immigration authorities after he was detained on suspicion of Driving While Intoxicated. (Dkt. # 4-2 at 2.) Please provide further details for the Court on the circumstances surrounding Petitioner's apprehension by immigration authorities. Was Petitioner charged in connection with this arrest? If so, what is the status of that case?

2. Does Petitioner have any criminal convictions other than the 2012 DWI conviction? If so, please provide additional information.

3. Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. Petitioner need not provide any identifying details, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, August 26, 2026.

________________________________________

David Alan Ezra
Senior United States District Judge