IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RUBEN ULLOA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-02038-DAE |
| | § | |
| WARDEN, T. DON HUTTO | § | |
| DETENTION CENTER, *et al*., | § | |
| | § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING FROM PETITIONER

Before the Court is Ruben Ulloa's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 4). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on September 11, 2026**, Petitioner shall file supplemental briefing with answers to the following question:

1. The Petitioner referenced that a removal hearing was scheduled for July 30, 2026. Petitioner shall inform the Court of the status of those proceedings and whether any appeal was taken and/or remains pending.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 9, 2026.

____________________________________
David Alan Ezra
Senior United States District Judge