IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RUBEN ULLOA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-02038-DAE |
| | § | |
| WARDEN, T. DON HUTTO | § | |
| DETENTION CENTER, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING FROM PETITIONER

Before the Court is Ruben Ulloa's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on October 2, 2026**, Petitioner shall file supplemental briefing with answers to the following question:

1. Petitioner's Petition gives the surname "Ulloa." The record of his Immigration Court proceedings, however, uses the surname Gutierrez Turcios. In Petitioner's response to the Court's Order for Supplemental Briefing (Dkt. # 5), Petitioner's counsel reported that Petitioner had previously used "a different date of birth." (Dkt. # 7 at 1.) What are Petitioner's true legal name and date of birth?

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 25, 2026.



David Alan Ezra
Senior United States District Judge